| | |
|---|---|
| 1 | RAMIRO MORALES – (Bar No. 167947) |
| | rmorales@mfrlegal.com |
| 2 | CHRISTINE M. FIERRO – (Bar No. 191660) |
| | cfierro@mfrlegal.com |
| 3 | MORALES FIERRO & REEVES |
| | 2151 Salvio Street, Suite 280 |
| 4 | Concord, CA 94520 |
| | Telephone:  (925) 288-1776 |
| 5 | Facsimile:   (925) 288-1856 |
| 6 | Attorneys for Plaintiff |
| | ZURICH AMERICAN INSURANCE COMPANY |
| 7 | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ZURICH AMERICAN INSURANCE COMPANY, | ) | CASE NO.: 3:17-cv-06417-VC |
| | ) | |
| Plaintiff, | ) | **STIPULATION AND PROPOSED ORDER TO CONTINUE INITIAL CASE CONFERENCE AND RELATED DATES** |
| vs. | ) | |
| | ) | |
| NIEBUR DEVELOPMENT, INC., formerly known as NIEBUR GOLF, INC.; LANGTRY FARMS, LLC; GUENOC VALLEY, INC.; and LILY'S REACH, LLC. | ) ) ) ) | |
| Defendants. | ) ) ) | |

Pursuant to Local Rule 6-2, Plaintiff, Zurich American Insurance Company ("Plaintiff") and Defendants, Niebur Development, Inc., fka Niebur Golf, Inc., Langtry Farms, LLC, Guenoc Valley, Inc. and Lily's Reach, LLC (collectively "Defendants"), by and through their respective counsel of record, hereby stipulate as follows:

RECITALS

1. On November 29, 2017, this Court issued an order setting the following deadlines:

- Initial Disclosures by 1/30/18
- Case Management Statement due by 1/30/2018.
- Initial Case Management Conference set for 2/6/2018

2. The Plaintiff and Defendants in this matter have reached a tentative settlement of this insurance coverage action and an underlying construction defect action (entitled *Langtry Farms, LLC v. Niebur Golf Incorporated, et al.*, Lake County Superior Court, case number CV413143). The parties are working on written settlement agreements of both actions (this action and the underlying action). The parties expect to have the settlement agreements finalized and executed within the next 30 days, at which time, Zurich will dismiss this action.

3. Accordingly, the Parties respectfully request a continuance of 30 days of the deadlines set by the Court, as follows:

- Initial Disclosures by 3/2/18
- Case Management Statement due by 3/2/18
- Initial Case Management Conference Set for 3/6/2018

**IT IS SO STIPULATED**

Dated: January 30, 2018

                             MORALES FIERRO & REEVES

                             By: */s/ Christine M. Fierro*
                                  Ramiro Morales
                                  Christine M. Fierro
                                  Attorneys for Plaintiffs
                                  Zurich American Insurance Company

Dated: January 30, 2018

                                      LAW OFFICES OF KENT FREUDENBERG

By:   */s/ Kent Freudenberg (with permission)*
       Kent Freudenberg
       Attorneys for Defendant
       Niebur Development, Inc.

Dated: January 30, 2018

                                      WEINSTEIN & NUMBERS

By:   */s/ Charles Numbers (with permission)*
       Charles Numbers
       Attorneys for Defendants
       Langtry Farms, LLC
       Guenoc Valley, Inc.
       Lily's Reach, LLC

**PURSUANT TO STIPULATION, IT IS SO ORDERED**

Dated:

By:_____
     HONORABLE VINCE CHHABRIA
     United States District Judge

## PROOF OF SERVICE

I, Matthew T. Matejcek, declare that:

I am over the age of eighteen years and not a party to the within cause.

On January 30, 2018, I served the following documents:

**STIPULATION AND PROPOSED ORDER TO CONTINUE INITIAL CASE CONFERENCE AND RELATED DATES**

Service as effectuated in the following manner:

BY U.S. MAIL: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on the same date with postage thereon fully prepaid in the ordinary course of business. The following parties were served by U.S. Mail.

| | |
|---|---|
| Charles Numbers<br>Weinstein & Numbers, LLP<br>115 Ward Street<br>Larkspur, CA 94939<br>***Attorney for***<br>***Langry Farms, LLC; Guenoc Valley, Inc.; Lily's Reach, LLC*** | Kent Freudenberg<br>Attorney at Law<br>115 E. Las Animas Street<br>Colorado Springs, CO 80903<br>***Attorney for***<br>***Niebur Development*** |

I declare under penalty of perjury that the foregoing is true and correct.

Dated: January 30, 2018

_____
Matthew T. Matejcek